UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
2021 JUL -6 P 3:06

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 924(a)(1)(A) |
| | ) False Statement During |
| CHRISTOPHER LEWIS TUCKER, JR. | ) Purchase of a Firearm |
| | ) |
| | ) 18 U.S.C. § 922(n) |
| | ) Receipt of a Firearm by a Person |
| | ) Under Indictment |

THE GRAND JURY CHARGES THAT:

**CR121-0053**

COUNT ONE
*False Statement During Purchase of a Firearm*
18 U.S.C. § 924(a)(1)(A)

On or about April 7, 2021, in McDuffie County, within the Southern District of Georgia, the defendant,

**CHRISTOPHER LEWIS TUCKER, JR.**,

knowingly made a false statement and representation to Crackshot Pawn & Firearms, Inc., d/b/a Sunset Pawn, d/b/a Classic Jewelry and Loan, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Crackshot Pawn & Firearms, Inc., d/b/a Sunset Pawn, d/b/a Classic Jewelry and Loan, in that the defendant did execute a U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, to the effect that he was not under indictment or information in any court for a felony or any other crime punishable by

imprisonment for more than one year, when in truth and in fact, he knew he was under felony indictment in McDuffie County, Georgia Superior Court Case No. 19-CR-0021.

All in violation of Title 18, United States Code, Section 924(a)(1)(A) and Title 18, United States Code, Section 2.

## COUNT TWO
*Receipt of a Firearm by a Person Under Indictment*
18 U.S.C. § 922(n)

On or about April 13, 2021, in McDuffie County, within the Southern District of Georgia, the defendant,

**CHRISTOPHER LEWIS TUCKER, JR.,**

knowing he was under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit, Robbery, did willfully receive a firearm, to wit, a Glock 43X 9mm firearm, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(n) and Title 18, United States Code, Section 2.

## **FORFEITURE ALLEGATIONS**

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Counts One and Two of this Indictment, the defendant, **CHRISTOPHER LEWIS TUCKER, JR.**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Glock 43X 9mm firearm, S/N BTFL200.

*(signatures follow on next page)*

A True Bill.

_____

_____
David H. Estes
Acting United States Attorney

_____
Jennifer A. Stanley
Assistant United States Attorney
*Lead Counsel

_____
Karl Knoche
Assistant United States Attorney
Chief, Criminal Division